Howard K. GILES, Treasurer of Miller County, Arkansas
*v.* TEXARKANA SCHOOL DISTRICT NO. 7 OF
MILLER COUNTY, Arkansas, and FOUKE SCHOOL
DISTRICT NO. 15 OF MILLER COUNTY, Arkansas

81-183                                    627 S.W. 2d 554

Supreme Court of Arkansas
Opinion delivered February 8, 1982

*Jim Gunter,* Pros. Atty., by: *Kirk D. Johnson,* Deputy
Pros. Atty., for appellant.

*Arnold, Lavender, Rochelle, Barnette & Franks,* by: *G.
William Lavender,* for appellees.

PER CURIAM. The merits of this appeal cannot be
reached because the abstract is so deficient we cannot follow,
much less decide, the allegations of error. Appellant con-
tends that the chancery court lacked jurisdiction to decide
the claim, that its motion to dismiss should have been
granted, that there was an adequate remedy at law and that
no grounds for injunctive relief exist. We are asked to decide
these procedural and substantive issues with no abstracting
of the complaint, answer, motion to dismiss, the final
judgment, or any of the exhibits. Where that occurs we have
no real choice but to affirm the case. See our Rule 9 (e) (2).
*Smith* v. *Smith,* 263 Ark. 578, 567 S.W. 2d 88 (1978); *Bank of
Ozark* v. *Isaacs, et al.,* 263 Ark. 113, 563 S.W. 2d 707 (1978);
*Dairyland Insurance Co.* v. *Carter,* 261 Ark. 795, 551 S.W. 2d
211 (1977).

Affirmed.

DUDLEY, J., not participating.